```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MARGARET VOLLMER,                                               :
                                                                :
                                    Plaintiff,                  :      1:23-cv-741-GHW
                                                                :
                  -v -                                          :      ORDER
                                                                :
INTERNATIONAL FEDERATION OF                                     :
ACCOUNTANTS, et al.,                                            :
                                                                :
                                    Defendants.                 :
                                                                :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court held an initial pretrial conference in this case on March 31, 2023. During that conference, the parties stated that they have discussed settlement, but that the parties are presently too far apart for mediation to be productive. The parties therefore request to be excused from the Court's automatic referral to mediation. The Court GRANTS that request and hereby withdraws the automatic referral to mediation. If at any point the parties find that they would benefit from mediation, they may request that the case be referred to the mediation program.

    The Clerk of Court is directed to provide a copy of this order to the mediation office.

    SO ORDERED.

Dated: March 31, 2023
       New York, New York

                                                            GREGORY H. WOODS
                                                    United States District Judge