USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                                 :
MARGARET VOLLMER,                                                :
                                                                 :
                                  Plaintiff,                     :   1:23-cv-741-GHW
                                                                 :
                   -v -                                          :   ORDER
                                                                 :
INTERNATIONAL FEDERATION OF                                      :
ACCOUNTANTS, *et al.*,                                           :
                                                                 :
                                  Defendants.                    :
                                                                 :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On September 26, 2023, the Court received a letter from Dr. Brooks-Klein dated September 18, 2023. Dkt. No. 33. For the avoidance of doubt, the letter from Dr. Brooks-Klein does not satisfy her obligation to appear in Court in compliance with the Court's September 25, 2023 order to show cause. Dkt. No. 32. As described in that order, failure to appear may result in the imposition of sanctions, including a finding of contempt of court.

Counsel for Plaintiff is directed to serve a copy of this order on Dr. Brooks-Klein and to retain proof of service.

SO ORDERED.

Dated: September 28, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge