

**Justin Marino,** Partner    o: (212) 939-7228    f: (212) 531-6129
a: 2000 Deer Park Avenue, Deer Park, NY 11729
e: jmarino@stevensonmarino.com

September 23, 2024

VIA ECF

Hon. Judge Gregory H. Woods
U.S. District Court (SDNY)
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Margaret Vollmer v. International Federation of Accountants, et al.*
               Civil Action No. 23-civ-00741 (GHW)

Dear Judge Woods:

      We represent the Plaintiff in the above-referenced matter. We write jointly with Defendants' counsel to request pursuant to Rule 1 (E) of Your Honor's individual rules of practice for an extension from September 23, 2024 to and including September 27, 2024 for the parties to submit: (1) the joint pretrial order and all other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases; (2) a proposed brief, mutually acceptable description of the case; and (3) a proposed brief, mutually acceptable overview of the applicable law. *See* Order (Feb. 6, 2024).

      The parties have spent an enormous amount of time over the last few months preparing the foregoing documents and anticipated everything would be finalized by today. However, we determined today that there are substantial disagreements that will result, if a submission is required today, in separate submissions of some of the foregoing documents. We are hopeful that the additional time, if granted, will enable the parties to provide joint submissions for all documents. We note, with regard to the submissions, the parties have exchanged redlines of the required documents and held various meet and confer conferences concerning same.

      This is the first request for the relief requested herein. This extension will not affect any other deadlines.

      Respectfully submitted,

      **/s/ Justin R. Marino**

      Justin R. Marino