```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                      :

MARGARET VOLLMER,                  :

                                       Plaintiff,    :        1:23-cv-741-GHW

                     -v-                    :        <u>ORDER</u>

INTERNATIONAL FEDERATION OF    :
ACCOUNTANTS,

                             Defendants.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court will hold a teleconference to discuss the parties' September 27, 2024 letter regarding the parties' proposed jury instructions on October 3, 2024 at 12:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

       SO ORDERED.

Dated: September 30, 2024

                                                                    _____
                                                                        GREGORY H. WOODS
                                                                   United States District Judge