Case 1:23-cv-00741-GHW   Document 62   Filed 10/02/24   Page 1 of 1



**Justin Marino,** Partner    o: (212) 939-7228    f: (212) 531-6129
a: 2000 Deer Park Avenue, Deer Park, NY 11729
e: jmarino@stevensonmarino.com

October 2, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2024

VIA ECF

Hon. Judge Gregory H. Woods
U.S. District Court (SDNY)
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMORANDUM ENDORSED**

Re:   *Margaret Vollmer v. International Federation of Accountants, et al.*
      Civil Action No. 23-civ-00741 (GHW)

Dear Judge Woods:

We represent the Plaintiff in the above-referenced matter. We write to request pursuant to Rule 1 (E) of Your Honor's individual rules of practice for: (1) a seven (7) day extension of time for Plaintiff to file its opposition to Defendants' Motion in Limine, which would extend the deadline from October 4 to and including October 11; and (2) for an adjournment of the Court conference scheduled for tomorrow until on or after October 8.

The reason for the request is that due to abnormal test results for my wife this week, we are now in race for finding/meeting with oncologists to treat her. In addition, my partner, J.R. Stevenson, is attending to his mother, who is currently in the hospital undergoing surgery after having broken her arm yesterday.

This is the first request for the relief requested herein. Defendants' counsel consents to this request.

Respectfully submitted,

**/s/ Justin R. Marino**

Justin R. Marino

cc:   Defendants' Counsel (*via* ECF)

Application granted. Plaintiff's request for an extension of the deadline to file her opposition to Defendants' motions in limine and an adjournment of the October 3 conference, Dkt. No. 61, is granted. The parties' deadline to file their oppositions to motions in limine is extended to October 11, 2024. The parties' replies are due no later than four days following the date of any opposition. The conference scheduled for October 3, 2024 is adjourned to October 11, 2024 at 2:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 61.

SO ORDERED.

Dated: October 2, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge