

**STEVENSON**
**MarinoLLP**

**Justin Marino,** Partner   o: (212) 939-7228   f: (212) 531-6129
a: 2000 Deer Park Avenue, Deer Park, NY 11729
e: jmarino@stevensonmarino.com

October 23, 2024

*VIA* ECF

Hon. Judge Gregory H. Woods
U.S. District Court (SDNY)
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/24
```

# MEMORANDUM ENDORSED

Re:    *Margaret Vollmer v. International Federation of Accountants, et al.*
       Civil Action No. 23-civ-00741 (GHW)

Dear Judge Woods:

We represent the Plaintiff in the above-referenced matter. We write to request pursuant to Rule 1 (E) of Your Honor's individual rules of practice for: (1) a seven (7) day extension of time for Plaintiff to file its opposition to Defendants' Motion in Limine, which would extend the deadline from October 25 to and including November 1.

The reason for the request is that my wife has had sudden and unexpected life-threatening medical issues, which included a major surgery on October 10, and an emergency surgery on October 13-14 due to complications from the first surgery. I've spent roughly a week in the hospital with her and every day by her bedside. While we still do not have definitive pathology results from her tumor, I am optimistic that we can prepare the appropriate response by November 1.  If granted, Defendants' reply would be November 8. Granting this request would not affect any other deadlines.

This is the third request for the relief requested herein. Defendants' counsel consents to this request.

Respectfully submitted,

**/s/ Justin R. Marino**

Justin R. Marino

cc:    Defendants' Counsel (*via* ECF)

Application granted in part.  Plaintiff's application for an extension of time to file her opposition to Defendants' motion in limine, Dkt. No. 66, is granted.  The deadline for Plaintiff to file her opposition to Defendants' motion in limine is extended to November 1, 2024.  However, Defendants' reply, if any, is due no later than four days after Plaintiff files her opposition.  *See* Dkt. No. 64.
Plaintiff should not expect that the Court will grant further extensions of time to submit Plaintiff's pretrial materials.  The Court hopes that the other attorneys on record representing Plaintiff, Mr. Tsenesidis and Mr. Stevenson, will be able to alleviate the burden on Mr. Marino.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 66.

SO ORDERED.

Dated:  October 23, 2024
New York, New York              _____
                                GREGORY H. WOODS
                                United States District Judge