```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
MARGARET VOLLMER,                                              :
                                                               :
                              Plaintiff,                       :    1:23-cv-741-GHW
                                                               :
                -v-                                            :         ORDER
                                                               :
INTERNATIONAL FEDERATION OF                                    :
ACCOUNTANTS, *et al.*,                                         :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     As part of the joint pretrial order, the parties submitted designations of the deposition testimony to be offered in their case in chief, as well as any counter-designations by the opposing party. Dkt. No. 59 at 8–27. In addition to those designations as part of the joint pretrial order, the parties are instructed to submit them to the Court by email (WoodsNYSDChambers@nysd.uscourts.gov), in a single native Excel spreadsheet. The spreadsheet should have separate columns for the parties' deposition designations and counter-designations. Each cell within these columns should include a "comment" that reproduces the excerpted testimony referenced in the designation or counter-designation. Instructions on how to add "comments" to an Excel spreadsheet cell can be found at the following link: https://perma.cc/5TUR-U5U5.

     SO ORDERED.

Dated: November 6, 2024
New York, New York

                                                     GREGORY H. WOODS
                                         United States District Judge