```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MARGARET VOLLMER, :
:
                              Plaintiff, :        1:23-cv-741-GHW
:
      -v- :        <u>ORDER</u>
:
INTERNATIONAL FEDERATION OF :
ACCOUNTANTS, *et al.*, :
:
                            Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court will hold a conference to discuss Defendants' motions in limine, Dkt. No. 55, on November 15, 2024 at 2:00 p.m. The conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

       In addition, the parties are directed to comply with the Court's November 7, 2024 order regarding the parties' deposition designations, Dkt. No. 75, by no later than November 15, 2024.

       SO ORDERED.

Dated: November 11, 2024
New York, New York

                                                                GREGORY H. WOODS
                                                       United States District Judge