**FORDHARRISON**

366 Madison Avenue | 7th Floor
New York, New York 10017
Tel 212-453-5900 | Fax 212-453-5959

Writer's Direct Contact:
STEPHANIE M. STEINBERG
212-453-5924
ssteinberg@fordharrison.com

November 13, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/24

**MEMORANDUM ENDORSED**

**VIA CM/ ECF**

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re:   **Vollmer v. International Federation of Accountants, et al.
        Case No.: 1:23-cv-00741 GHW**

Dear Judge Woods,

The undersigned represents the Defendants in the above-referenced matter. We write with the consent of Plaintiff's counsel to request an adjournment of the telephonic conference recently scheduled by the Court for November 15, 2024 at 2:00 pm. Per the Court's Order (DE 76), the conference shall address the Defendants' motions in limine. Defense counsel has a conflict on November 15th, and we would like to request the conference be adjourned to November 18, 2024 at a time that is convenient for the Court. This is the parties' first request for an adjournment of this conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/Stephanie M. Steinberg*
Stephanie M. Steinberg, Esq.

cc:   All counsel via ECF

Application granted. Defendants' request to adjourn the conference regarding their motions in limine, Dkt. No. 77, is granted. The conference scheduled for November 15, 2024 at 2:00 p.m. is adjourned to November 18, 2024 at 2:00 p.m. For the avoidance of doubt, the parties must still comply with the Court's November 7, 2024 order, Dkt. No. 75, by no later than November 15, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 77.

SO ORDERED.

Dated: November 13, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

www.fordharrison.com | www.iuslaboris.com