USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                       :
MARGARET VOLLMER,                       :
                                       :
                            Plaintiff,    :           1:23-cv-741-GHW
                                       :
                        -v-                           :                   <u>ORDER</u>
                                       :
INTERNATIONAL FEDERATION OF   :
ACCOUNTANTS, *et al.*,                :
                                       :
                             Defendants.   :
                                       :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       For the reasons stated on the record during the November 18, 2024 conference, discovery is reopened in this case through December 4, 2024 for the sole purpose of conducting a further deposition of Defendant Russell Guthrie. Plaintiff's motion for a sanction requiring Defendants to bear the costs of this additional discovery, if any, is due no later than November 26, 2024. Defendants' opposition to that motion is due by December 11, 2024. Plaintiff's reply, if any, is due by December 17, 2024.

       In addition, should Plaintiff take the position that Defendant International Federation of Accountants' ("IFAC") January 23, 2023 position statement before the United States Equal Employment Opportunity Commission (the "Position Statement") is admissible against individual defendants Kevin Dancey and Russell Guthrie (the "Individual Defendants"), the parties are ordered to submit a joint letter no later than November 20, 2024 setting forth: (1) their positions regarding that question; and (2) a proposed limiting instruction instructing the jury that the Position Statement is only admissible against Defendant IFAC, in the event that the Court so holds.

       SO ORDERED.

Dated: November 18, 2024
New York, New York
                                                  GREGORY H. WOODS
                                             United States District Judge