USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/24

**MEMORANDUM ENDORSED**

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARET VOLLMER,

           Plaintiff,

-against-

INTERNATIONAL FEDERATION OF ACCOUNTANTS, RUSSELL GUTHRIE, individually, and KEVIN DANCEY, individually.

           Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No.: 1:23-cv-741 (GHW)

    It is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that through their undersigned respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: New York, New York
      12/1 , 2024

STEVENSON & MARINO LLP

_____
Justin Marino, Esq.
200 Deer Park Ave
Deer Park, NY 11729
T: (212) 939-7228
jmarino@stevensonmarino.com
*Attorneys for Plaintiff*

FORD HARRISON LLP

_____
Gregory B. Reilly, Esq.
366 Madison Avenue, 7th Floor
New York, New York 10017
T: 212.453.5920
greilly@fordharrison.com
*Attorneys for Defendants*

11 of 13

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: December 2, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge